UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Deborah Laird,

       Plaintiff,                               Case No. 08-13075

v.                                         Hon. Nancy G. Edmunds

Metlife Life and Accident Insurance
Company,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's Motion for Judgment Reversing Defendant's Decision to Terminate Long Term Disability Benefits is DENIED, Defendant's Motion to Affirm Administrator's Decision and for Entry of Judgment Based on the Administrative Record is GRANTED, and the case is HEREBY DISMISSED.

      SO ORDERED.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated:  August 17, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2009, by electronic and/or ordinary mail.

                                        s/Carol A. Hemeyer
                                        Case Manager